# EXHIBIT B

DigiClean Promo Products Page 1 of 4



**FLEXIBLE INNOVATIONS**

Home / DigiClean Screen Cleaners / DigiClean Promo Products

# DigiClean Microfiber Mobile Cell Phone Screen Cleaner Sticker

Do you remember the last time you looked at a dirty screen? Probably right now! We are surrounded by dirty, oily screens that deserve a soft, non-abrasive cleaning cloth that is typically out of reach.

DigiClean® Micro fiber phone screen cleaners sticker are always handy, sticking to the devices we carry with us. These screen wipes do a remarkable job on removing makeup, fingerprints, dirt and oil. And when they get dirty, just wash it with soap and water. DigiClean® ultra fine micro fibre cell phone screen cleaner stickers are non-abrasive, non-toxic and long lasting.



DigiClean® Ultrafine Microfiber Mobile Phone Screen Wipe Stickers include a custom printed Marketing Card (2" x 3.5" or 3.5 x 6"). Both the cleaner and card are 4 Color Process, Full Bleed and deliver your message with True Color Fidelity & Graphics Reproduction.

Patented DigiClean® has a Superior Acrylic Adhesion Technology, sticking to virtually any surface. DigiClean Screen Wipes are Washable, Reusable and always handy.

Ships from USA - No Overseas Shipping Charges!

Click here for Pricing

Online - Need help?

# DigiClean® Plus™ Advanced Adhesion System

Why DigiClean® Plus™ ?   TWO huge benefits:



1. Sticks to all mobile phones and almost all protective cases
2. Option to full color imprint the back / adhesion side

The #1 challenge for all screen cleaner stickers is adhering to the wide variety of protective cases on the market. Many cases are rubberized, textured or have a matte soft-touch finish. The DigiClean Plus sticks to almost all of these cases, over and over again!

Other screen cleaner stickers, including the DigiClean® Original, were designed to only adhere to glossy plastic and metal surfaces, and will not adhere to many of the cases described above.

The DigiClean Plus has a crystal clear adhesion layer that allows a full color dye sublimation to show through. This allows maximum creativty on both sides, literally doubling the imprint area for a small upcharge of $0.15 (v) each!

**DigiClean Plus with QR Code Imprinted on BACK**






Click here for Pricing

Online - Need help?

http://flexinno.com/digiclean/promotional-products                                    3/11/2014

DigiClean Promo Products

- Screen Cleaners Promos
- Client Friendly Promo Site
- Full Promo Catalog
- Templates & Sales Tools
- Screen Cleaner Comparison

Media Gallery

DigiClean Retail Products

## Production / Lead Times

Standard:
Up to 5000 ships 10 business days after proof approval

RUSH:
Up to 5000 ships 8 business days after proof approval for an additional $95 per artwork

## Ground Shipping Rates

Ground shipping for promo product orders, on cards up to 4" x 6", within the continental US will not exceed:
250 = $18
500 = $22
1000 = $30
2000 = $45
5000 = $75
FOB Ft. Worth, TX

# Sign Up For Monthly Newsletter!

First Name *

**Online - Need help?**

Last Name *

Company

Email *

Send Me The Next One!

Copyright © 2002-2014 Flexible Innovations, Ltd.
1120 South Freeway, Ste 132, Ft. Worth, TX 76104, USA
ASI: 54596 - PPAI: 312814 - UPIC: Flexi01 - Sage: 67855

Online - Need help?

Tuesday, 11 March 2014

# DigiClean® Microfiber Screen Cleaners

     

Mobile Phones Smartphones | CDs DVDs | Camera Lenses | Eyeglasses Sunglasses | Portable Games | Navigation Systems

*colorful, reusable, washable, functional and handy*

## DigiClean Selling Points

- Hi Quality 3.5" x 6" Marketing Card
- Superior Adhesion Technology
- True Graphics Reproduction
- Eco Friendly Packaging
- Color Proof Sample Available

## Sales Tools

- DigiClean Brochure PDF
- Get Your Message Read PDF
- Templates and Tools
- Full Flip Catalog
- Full PDF Catalog 20MB

## We keep things simple!

- SAVE 5-10%! No Overruns
- FREE We Create QR Codes
- FREE Simple Mock-Ups
- FREE Virtual Proofs
- FREE Additional Colors

## DigiClean Microfiber Mobile Cell Phone Screen Cleaner Sticker

Do you remember the last time you looked at a dirty screen? Probably right now! We are surrounded by dirty, oily screens that deserve a soft, non-abrasive cleaning cloth that is typically out of reach.

DigiClean® Micro fiber phone screen cleaners sticker are always handy, sticking to the devices we carry with us. These screen wipes do a remarkable job on removing makeup,



peel, clean & re-stick

## Site Map

Promotional
  Products Pricing
  Gallery Case Studies
  Clear Bags available
  Dye Sublimation Process
  Client Friendly Site
  Screen Cleaner Compare
  Pre-Production Samples
  Templates & Art Downloads
  DigiClean   DIGICLEAN.COM
DigiClean



http://digiclean.com/   3/11/2014

Tuesday, 11 March 2014

Promotional    DigiClean Plus    Retail    Patents    Contact    Home

## DigiClean Selling Points

- Hi Quality 3.5" x 6" Marketing Card
- Superior Adhesion Technology
- True Graphics Reproduction
- Eco Friendly Packaging
- Color Proof Sample Available

## Sales Tools

- DigiClean Brochure PDF
- Get Your Message Read PDF
- Templates and Tools
- Full Flip Catalog
- Full PDF Catalog 20MB

## We keep things simple!

- SAVE 5-10%! No Overruns
- FREE We Create QR Codes
- FREE Simple Mock-Ups
- FREE Virtual Proofs
- FREE Additional Colors

## Promotional Mobile Phone Screen Cleaner Stickers

To Order, Contact Your Promotional Product Distributor

**Standard Production:** up to 5000 ships 10 business days after proof approval.

**RUSH Production - $95 per artwork :** ships 8 business days after proof approval.

All DigiClean orders ship **FOB Ft. Worth, TX**

**Ground Shipping** Within the US (ex AK and HI) Will Not Exceed $US:
250 = $18 ... 500 = $22 ... 1000 = $30 ... 2000 = $45 ... 5000 = $75

**PRICING INCLUDES:** Full Color Screen Cleaner AND Full Color Marketing Card

<u>DISTRIBUTORS: PRODUCTION CUT-OFF TIME</u>

POs with Proof Approval received by 5pm Central are considered "In Production" that day.

Proofs for orders are provided within hours IF the artwork is in vector format and setup according to the templates at digiclean.com/graphics with PMS colors supplied for the cleaner.

*We match PMS colors on the screen cleaner on a best effort basis* and we make several attempts to create color matches with our dyes before producing an order. Should you require to see an actual printed piece, it will delay the order at least one week. And if you prefer, we will re-submit samples until you are satisfied OR we will accept cancellation of your order prior to releasing the screen cleaner into production. Please go to digiclean.com/pre-production-samples

**Setup Charge Includes** file preparation for printing offset, digital 4 color process, and/or dye sublimation. Included are any simple requests that take less than 15 minutes such as the addition of a phone number, email address, URL, or the simple arrangement of elements that are provided in workable vector file formats (not photos or PowerPoint files) with fonts outlined.

Any other work such as the re-creation of logos, basic creative work, or other artwork required that is not submitted as defined above, will be charged a reasonable amount based on $25 per half hour.

For virtual proofs requiring extensive card creation, this rate applies as well.

## Site Map

**Promotional**
- Products Pricing
- Gallery Case Studies
- Clear Bags available
- Dye Sublimation Process
- Client Friendly Site
- Screen Cleaner Compare
- Pre-Production Samples
- Templates & Art Downloads
- DigiClean Flip Catalog

**DigiClean Plus**
- AntiBacterial AntiMicrobial

**Retail**

**Patents**
- US Patent & Trademark

**Contact**

**Home**
- The Competition
- Site Map

### FB.com/digiclean


DigiClean Microfiber Mobile Cell Phone Screen Cleaner Stickers
Like 304

### Xtra™ or Plus™ ?





Home / Contact

# USA Headquarters

## Contact Flexible Innovations

Flexible Innovations has been providing unique and innovative products to the promotional products industry since 2006, and we've been in business since 2002. We market and promote our promotional products through promotional products distributors. If you have a distributor you currently work with, they will be happy to assist you.

We're here to help Toll-Free 1-877-534-7477:
Ext. 1 - Online Store Help
Ext. 2 - Sales & Customer Service
Ext. 3 - Art Department
Ext. 4 - Accounting Dept.

**Flexible Innovations, Ltd.**
**1120 S. Freeway, Ste 132**
**Fort Worth, TX 76104, USA**
Fax: 972-767-3254
Open Mon - Fri: 8 am - 6 pm CST

Products you're inquiring about: *
- ○ egrips Non-Slip Strips
- ○ DigiClean Screen Cleaners
- ○ egrips & DigiClean
- ○ Unrelated

Name *
[_____] [_____]
First              Last

Email *
[_____]

Phone Number *
[___] - [___] - [____]
 ###      ###     ####

Message *

Online - Need help?



# ADVERTISING WITH A REMINDER




**Wipe Clean Stick & Store**






Watch Video

www.digiclean.com/promo



**Produced in USA**

ASI 54596  PPAI 312814  SAGE 67855