# DigiClean®
**screen cleaners**



Wipe Clean — Stick & Store



STICKS to rubberized and soft-touch / matte finishes



STICKS to leather and textured surfaces



STICKS to ALL phones and most cases

**\*Option to Print on DigiClean® Plus Adhesion side**

Examples of Custom Shapes



**SIZES ARE NOT TO SCALE**

| Series | Items |
|---|---|
| I series • Eye | IR .47"x.67" 12x17 mm |
| S series • Small | SQ 1" 25mm; SC 1" 25mm; SR .8" x 1.3" 21x32.8 |
| A series • Standard | AQ 1.1" 28mm; AC 1.1" 28mm; AR .8" x 1.6" 20 x 40.8mm; AG .9" x 1.3" 24x34mm; AS .9" x 1.4" 22x35.6 mm; AT 1.1" x 1.3" 29x32mm; AF 1.2" x 1.2" 30x31mm; AV 1.64" x .7" 41.5x17.7mm |
| B series • Medium | BQ 1.3" 33mm; BC 1.3" 33mm; BR 1.1" x 1.5" 28x37mm; BH 1.2" x 1.4" 30x35mm; BT 1.3" x 1.4" 33x36mm; BG 1.1" x 1.5" 28x36.5mm; BB 1.2" x 1.4" 31x36mm; BO 1.1" x 1.4" 29x36.5mm; BF 1.1" x 1.9" 23.6x43mm |
| C series • Large | CQ 1.5" 38mm; CC 1.5" 38mm; CR 1.1" x 1.8" 28x45mm; BW .8" x 2" 51x20mm; BS 1.1" x 1.3" 30x33mm; BD 1" x 1.5" 38x25mm |
| T series • Tablet | TQ 1.8" 45mm; TC 1.8" 45mm; TR 1.6" x 2.4" 40x61mm; TH 1.76" x 1.77" 45x44.8mm |
| P series • Pad | PR 2.4" x 3.4" 60.5x85mm |
| D series • Notebook | DQ 2.2" 55mm; DC 2.2" 55mm; DR 1.6" x 2.8" 40x70mm |







## Product Packaged on Cards (see page 8)



**Adheres to all phones including textured and soft touch surfaces!**



**Sticks to your mobile phone or case, even if rubberized or textured! And Includes...**



**NEW** • CERTIFIED • **Antibacterial** antimicrobial prevents spreading of germs!

Antibacterial Finished Product (Prevents the growth of bacteria on the fiber) Reference standard:ISO 20743 No. B3739 Certificated by JTETC (Japan Textile Evaluation Technology Council)

| DigiClean® Screen Cleaner Series • Size | Xtra | | | | | (r) Plus | | | | | (r) Custom Shape |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 250 | 500 | 1000 | 2000 | 5000 | 250 | 500 | 1000 | 2000 | 5000 | |
| I series • Eye | 2.05 | 1.15 | 1.05 | 0.85 | 0.80 | 2.45 | 1.40 | 1.25 | 1.05 | 1.00 | — |
| S series • Small | 2.55 | 1.30 | 1.20 | 1.00 | 0.95 | 2.75 | 1.70 | 1.55 | 1.35 | 1.25 | +.15 |
| A series • Standard | 2.60 | 1.40 | 1.30 | 1.10 | 1.00 | 2.80 | 1.75 | 1.60 | 1.40 | 1.30 | +.15 |
| B series • Medium | 2.80 | 1.55 | 1.45 | 1.25 | 1.15 | 3.10 | 1.95 | 1.75 | 1.55 | 1.40 | +.15 |
| C series • Large | 3.55 | 1.85 | 1.65 | 1.45 | 1.35 | 3.95 | 2.35 | 2.15 | 1.95 | 1.80 | +.15 |
| T series • Tablet | 3.70 | 1.95 | 1.80 | 1.65 | 1.55 | 4.50 | 2.50 | 2.30 | 2.05 | 1.95 | +.15 |
| D series • Notebook | 3.85 | 2.20 | 1.95 | 1.90 | 1.85 | 4.70 | 2.95 | 2.80 | 2.60 | 2.50 | +.22 |
| P series • Pad | 4.25 | 2.40 | 2.15 | 2.10 | 2.00 | 4.95 | 3.15 | 2.95 | 2.80 | 2.70 | +.22 |

Standard Lead time: 10 business days after proof approval • Rush service available
**One Time Setup Fee 95 (v)**

**DigiClean®** is a registered trademark.
U.S. Pat. 7,431,983  Canada Pat. 2,631,002  Pats. Pending

# DIGICLEAN OPTIONS





**Fabric Side**   **Adhesion Side**

## PRINTED ADHESION SIDE

| 250 | 500 | 1000 | 2000 | 5000 | upcharge (v) |
|-----|-----|------|------|------|--------------|
| + 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | |

• Available on Plus Only



---





## GLOW IN THE DARK

| 500 | 1000 | 2000 | 5000 | upcharge (v) | |
|-----|------|------|------|--------------|---|
| + 0.29 | 0.29 | 0.29 | 0.29 | A-Series | |
| + 0.36 | 0.36 | 0.36 | 0.36 | B-Series | |

• Available on Xtra Series Only
• Inquire for other Series



---







## PUFF

| 250 | 500 | 1000 | 2000 | 5000 | upcharge (v) | |
|-----|-----|------|------|------|--------------|---|
| + 0.95 | 0.60 | 0.50 | 0.45 | 0.40 | Xtra | |
| + 0.95 | 0.70 | 0.60 | 0.55 | 0.50 | Plus | |

• Available on Xtra & Plus



**\*Add Upcharge to prices on Page 2**

# COMMUNICATE YOUR MESSAGE

## MARKETING & BUSINESS CARDS

**Included At No Additional Charge**

DIGICLEAN® CR

**6″ x 3.5″ Marketing Card**
152 x 89mm

- **4/4 printing**
- **14pt C2S**

**3.5″ x 2″ Business Card**
89 x 51mm

DIGICLEAN® AQ

## CARD OPTIONS

### PERFORATED TEAR-OFF

| 500 | 1000 | 2000 | 5000 | upcharge (v) |
|---|---|---|---|---|
| + 0.12 | 0.06 | 0.05 | 0.04 | |

DIGICLEAN® BR

### BUSINESS CARD HOLDER

| 500 | 1000 | 2000 | 5000 | upcharge (v) |
|---|---|---|---|---|
| + 0.12 | 0.08 | 0.07 | 0.06 | |

DIGICLEAN® AS

### DIRECT MAIL POSTCARD

| 500 | 1000 | 2000 | 5000 | upcharge (v) |
|---|---|---|---|---|
| + 0.40 | 0.34 | 0.31 | 0.29 | |

- **Current US Domestic Postage:**
  **Presorted Standard 0.36 each**
  **Presorted First Class 0.47 each**

DigiClean sealed to card

***Add Upcharge to prices on Page 2**