# EXHIBIT C

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

**United States Patent and Trademark Office**

Reg. No. 2,899,410
Registered Nov. 2, 2004

## TRADEMARK
PRINCIPAL REGISTER

### EGRIPS

FLEXIBLE INNOVATION, LTD (PARTNERSHIP)
3816 CANDLELITE COURT
FORT WORTH, TX 761093424

FOR: ELASTOMERIC APPLIQUE FOR PLACEMENT ONTO HANDHELD ELECTRONIC DEVICES TO PROVIDE ANTI-SLIP AND SHOCK ABSORPTION, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 6-5-2003; IN COMMERCE 6-5-2003.

SER. NO. 78-200,215, FILED 1-6-2003.

KATHERINE STOIDES, EXAMINING ATTORNEY