# EXHIBIT D

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35, and 50

**United States Patent and Trademark Office**

Reg. No. 3,071,930
Registered Mar. 21, 2006

TRADEMARK
PRINCIPAL REGISTER

# EGRIPS TECHNOLOGY

FLEXIBLE INNOVATIONS, LTD. (TEXAS LIMITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 76185

FOR: ELASTOMERIC ANTI-SLIP FILM FOR USE IN CREATING GRIPPING SURFACES, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,899,410.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TECHNOLOGY", APART FROM THE MARK AS SHOWN.

SN 78-386,004, FILED 3-17-2004.

MICHAEL SOUDERS, EXAMINING ATTORNEY