# EXHIBIT E

# ANTI-SLIP PHONE STICKER

## egrips® E  Economy
**General Purpose Grip and Moderate Durability**






Designed to Grip!!

| Item | Grip Shape | Grip Size | 500 | 1000 | 2000 | 5000 | (r) |
|---|---|---|---|---|---|---|---|
| EER | Rectangle | 1.5 x 2.25 | 1.75 | 1.50 | 1.45 | 1.40 | |
| EEC | Circle | 1.87 dia. | 2.25 | 1.75 | 1.60 | 1.50 | |
| EEQ | Square | 1.87 x 1.87 | 2.25 | 1.75 | 1.60 | 1.50 | |
| **VARIABLE DATA** - Add Variable Data to grip: like name, phone #, barcode: +0.10 (v) | | | | | | | |

Standard Lead time:
10 business days after proof approval
Rush service available

**One Time Setup Fee 95 (v)**

egrips® is a registered trademark
US Patents 8,119,213; 8,124,216; 8,268,426 and 8,609,214

## egrips® X  Xtreme
**Superior Grip and Long Lasting**



| Item | Grip Shape | Grip Size | 500 | 1000 | 2000 | 5000 | (r) |
|---|---|---|---|---|---|---|---|
| EXR | Rectangle | 1.5 x 2.25 | 3.50 | 2.75 | 1.95 | 1.75 | |
| EXW | Writable Rectangle | 1.5 x 2.25 | — | 2.95 | 2.25 | 1.85 | |
| EXC | Circle | 1.87 dia. | 3.95 | 2.95 | 2.25 | 1.85 | |
| EXQ | Square | 1.87 x 1.87 | 3.95 | 2.95 | 2.25 | 1.85 | |
| EXG | Glow In The Dark | 1.5 x 2.25 | — | 3.95 | 2.65 | 2.00 | |
| **VARIABLE DATA** - Add Variable Data to grip: name, phone #, barcode: +0.10 (v) | | | | | | | |



### Examples of egrips® Xtreme Custom Shapes










# DIRECT MAIL POSTCARD

| 500 | 1000 | 2000 | 5000 | (v) |
|---|---|---|---|---|
| + 0.38 | 0.32 | 0.29 | 0.27 | upcharge* |

- **8 1/2" x 5 1/2"**
- **4/4 printing**
- **14pt C2S**
- **Postage:**
  **Presorted Standard 0.32 each**
  **Presorted First Class 0.43 each**

# MARKETING CARD

| 500 | 1000 | 2000 | 5000 |

**Business or Marketing Card (2" x 3.5" or 3.5" x 6")**
Included at no charge







Either size card is printed 4/4 with included in the price

## Additional Options:
- Bottle Hanger
- Hang Tag
- Greeting Cards
- Die Cut Cards

# CUSTOM SHAPES

| 500 | 1000 | 2000 | 5000 |

**Request Quote**







## FOLDING OPTIONS

| 500 | 1000 | 2000 | 5000 |
|---|---|---|---|

Inquire




No Fold | Half Fold | Tri Fold | Gate Fold -Open- | Z Fold | Accordion Fold

## RETURN MOI

| 500 | 1000 | 2000 | 5000 | (r) |
|---|---|---|---|---|
| + 0.70 | 0.70 | 0.70 | 0.70 | upcharge* |



## PERFORATED TEAR-OFF

| 500 | 1000 | 2000 | 5000 | |
|---|---|---|---|---|
| + 0.096 | 0.048 | 0.04 | 0.032 | upcharge* |




Rev 1013

*Add Upcharge to prices on Page 2