# EXHIBIT F



home page

- microclean
- microclean max
- micropad
- microgrip
- micromousepad
- e-stylus
- e-stylus microclean
- e-wallet
- r-guard
- microstand
- microstand desk
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- template file downloads

Content copyright 2014. microclean.net. All rights reserved.

POWERED BY WEBSITE BUILDER FROM GODADDY.COM



- microclean
- microclean max
- micropad
- microgrip
- micromousepad
- e-stylus
- e-stylus microclean
- e-wallet
- r-guard
- microstand
- microstand desk
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- template file downloads



# IdeaMax

ASI 5 STARS    SAGE A+

**Specializing in Revolutionary Accessories for all types of Electronic Devices for over 10 years!**

Recent WINNER of the coveted 2014 SAGE/PPAI STAR SUPPLIER AWARD!
Trust the direct manufacturer of revolutionary promotional products with a A+ and 5 STAR ratings on ASI, SAGE & PPAI!

**ASI#62135    SAGE#63560    PPAI#196773**

A NEW & REVOLUTIONARY PRODUCT TO PROMOTE YOUR BUSINESS, COMPANY, SERVICE OR PRODUCT!

The STRONGEST adhesive gel & LONGEST LASTING screen cleaners on the market!

## MicroClean®
Portable MicroFiber Adhesive Screen Cleaner for Smart Phones & ALL Electronic Devices, Lenses, & Glasses!

**AWARD WINNING PRODUCT!**

**ANTIBACTERIAL & ANTIMICROBIAL!**

New Magstic Adhesive Gel sticks to all device and case surfaces including most Silicone cases & Otter Boxes!

Magstic Gel is WASHABLE, allowing MicroCleans to be used and re-used for THOUSANDS of times!

PEEL    WIPE    STICK

Choose from your choice of 2 Adhesive GEL COLORS! CLEAR OR WHITE

Double Sided Printing NOW AVAILABLE! Double your marketing exposure at NO extra charge per unit!

House of Blues — houseofblues.com
FRONT   BACK
(NO extra cost per unit)
Setup= $35 (v) per Spot Color

FRONT      BACK

**Custom Packaging Cards Available!**     **FREE Stock Packaging Card!**

Our Premium Packaging Cards have a special laminate on the top to protect the adhesive gel on the cleaners & the graphics on the cards!



NEW High Frequency Heat Searing & Bonding methods allows the cleaner edges to be more smooth & prohibits the MicroCleans from fraying at the edges!

### MicroClean #600 Pricing Per Unit

| | 300 | 500 | 1,000 | 2,500 | 5,000 |
|---|---|---|---|---|---|
| S1-R1-C1 | $1.40 | $1.20 | $1.10 | $1.00 | $0.90 |
| S2-R2-C2 | $1.60 | $1.40 | $1.30 | $1.20 | $1.10 |
| S3-R3-C3 | $1.70 | $1.50 | $1.40 | $1.30 | $1.20 |
| S4-R4-C4 | $1.80 | $1.60 | $1.50 | $1.40 | $1.30 |
| S5-R5-C5 | $1.90 | $1.70 | $1.60 | $1.50 | $1.40 (5C) |

Setup Charge: $35 (v) per color
$100 (v) for 3 or more spot colors and 4 color processing (4cp)
Background Color: choose any spot background color for FREE!
*NO RUN CHARGES for extra colors!

### MicroClean & MicroClean Max Template Sizes

| S | | R | | C | |
|---|---|---|---|---|---|
| S1 | 1.1" x 1.1" | R1 | 1.3" x 0.8" | C1 | 1.1" x 1.1" |
| S2 | 1.3" x 1.3" | R2 | 1.6" x 1.2" | C2 | 1.3" x 1.3" |
| S3 | 1.5" x 1.5" | R3 | 2.0" x 1.3" | C3 | 1.5" x 1.5" |
| S4 | 1.8" x 1.8" | R4 | 2.4" x 1.6" | C4 | 1.8" x 1.8" |
| S5 | 2.0" x 2.0" | R5 | 2.75" x 1.56" | C5 | 2.0" x 2.0" |

1   Trust the Genuine Original direct manufacturer with 5 STAR and A+ ratings on ASI & SAGE/PPAI!







ASI 5 STARS ★★★★★ SAGE A+
IdeaMax
BrainSaver! E-Wallet! E-Stylus! iPhone Skin! MicroClean MAX! Microfiber MousePad! NEW!
Specializing in Revolutionary Accessories for all types of Electronic Devices for over 10 years!
Recent WINNER of the coveted 2014 SAGE/PPAI STAR SUPPLIER AWARD!
Trust the direct manufacturer of revolutionary promotional products with a A+ and 5 STAR ratings on ASI, SAGE & PPAI!
ASI#62135 SAGE#63560 PPAI#196773

microclean max

- microclean
- microclean max
- micropad
- microgrip
- micromousepad
- e-stylus
- e-stylus microclean
- e-wallet
- r-guard
- microstand
- microstand desk
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- template file downloads

Trust the Genuine Original direct manufacturer with 5 STAR and A+ ratings on ASI & SAGE/PPAI!

The ONLY Adhesive Screen Cleaner that Sticks to Silicone!

# MicroCleanMAX®

NEW PRODUCT!

Portable Microfiber Screen Cleaner combined with a NEW specially developed US Patented Adhesive Gel which now allows your favorite product to stick to ALL phones, devices & device cases made of silicone, molded rubber, matte finish plastic, etc.

## STICKS TO ALL DEVICE FINISHES & CASES INCLUDING SILICONE!

Special Magstic MAX adhesive gel is washable and can be reused thousands of times!
NEW High Frequency Heat Searing & Bonding methods allows the cleaner edges to be more smooth & prohibits the MicroCleans from fraying at the edges!

**Double Sided Printing NOW AVAILABLE!**
Double your marketing exposure at NO extra charge per unit!

(NO extra cost per unit)
Setup= $35 (v) per Spot Color

**Special Clear Adhesive Gel!**

**MicroClean MAX sticks to Otter Boxes and all other cases!**

All MicroClean MAX Cleaners come with a FREE Stock Packaging Card & Clear Celophane Bag!

For Custom Card Information please see last page!

### MicroClean MAX #610 Pricing Per Unit

| | 300 | 500 | 1,000 | 2,500 | 5,000 |
|---|---|---|---|---|---|
| S1-R1-C1 | $1.60 | $1.40 | $1.30 | $1.20 | $1.10 |
| S2-R2-C2 | $1.80 | $1.60 | $1.50 | $1.40 | $1.30 |
| S3-R3-C3 | $1.90 | $1.70 | $1.60 | $1.50 | $1.40 |
| S4-R4-C4 | $2.00 | $1.80 | $1.70 | $1.60 | $1.50 |
| S5-R5-C5 | $2.10 | $1.90 | $1.80 | $1.70 | $1.60 |

(5C)

Setup Charge: $35 (v) per color
$100 (v) for 3 or more spot colors and 4 color processing (4cp)
Background Color: choose any spot background color for FREE!
*NO RUN CHARGES for extra colors!

### MicroClean & MicroClean Max Template Sizes

| S | | R | | C | |
|---|---|---|---|---|---|
| S1 | 1.1" x 1.1" | R1 | 1.3" x 0.8" | C1 | 1.1" x 1.1" |
| S2 | 1.3" x 1.3" | R2 | 1.6" x 1.2" | C2 | 1.3" x 1.3" |
| S3 | 1.5" x 1.5" | R3 | 2.0" x 1.3" | C3 | 1.5" x 1.5" |
| S4 | 1.8" x 1.8" | R4 | 2.4" x 1.6" | C4 | 1.8" x 1.8" |
| S5 | 2.0" x 2.0" | R5 | 2.75" x 1.56" | C5 | 2.0" x 2.0" |

Production time: approximately 7-11 business days from proof approval

A NEW & REVOLUTIONARY PRODUCT TO PROMOTE YOUR BUSINESS, COMPANY, SERVICE OR PRODUCT!

Content copyright 2014. microclean.net. All rights reserved.

microgrip

microclean
microclean max
micropad
microgrip
micromousepad
e-stylus
e-stylus microclean
e-wallet
r-guard
microstand
microstand desk
microcloth
non-slip dash pad
iphone skin
custom card & packaging
shipping & production
template file downloads

Trust the Genuine Original direct manufacturer with 5 STAR and A+ ratings on ASI & SAGE/PPAI!

2 in 1 Multifunctional Promotional Product!

# MicroGrip

NEW US PATENT PENDING
ANTIBACTERIAL & ANTIMICROBIAL!

## Microfiber Screen Cleaner & Non-Slip Grip for ALL Devices!

Product #400

Cleaner + Grip

Product #410

Full Grip

Great portable screen cleaner & keeps phones and devices in place by providing a strong non-slip feature for in the car, at your desk, on tables, or whatever surface you need it to stay in place on!

Provides a nice grip and support for your hand when holding your device!
Completely washable & re-usable thousands of times!
US Patented Magstic Adhesive Gel will not leave residue on device surfaces!
Long Lasting and Easy to Use ON THE GO!

**MicroGrip #400 & #410 Product Pricing Per Unit**

| | 500 | 1,000 | 2,500 | 5,000 |
|---|---|---|---|---|
| #400-R3 (2.0" x 1.3") | $1.80 | $1.70 | $1.60 | $1.50 |
| #400-R4 (2.4" x 1.6") | $1.95 | $1.85 | $1.75 | $1.65 |
| #410-R3 (2.0" x 1.3") | $1.80 | $1.70 | $1.60 | $1.50 |
| #410-R4 (2.4" x 1.6") | $1.95 | $1.85 | $1.75 | $1.65 |

(4C)

Setup Charge: $35 (v) per color
$100 (v) for 3 or more spot colors and 4 color processing (4cp)
Background Color: choose any spot background color for FREE!
*NO RUN CHARGES for extra colors!

Standard Production Time = approximately 7-10 business days

All MicroGrips come with a FREE 2" x 3.5" Stock Packaging Card & Clear Cellophane Bag!

Premium Custom Packaging Cards AVAILABLE!

A NEW & REVOLUTIONARY PRODUCT TO PROMOTE YOUR BUSINESS, COMPANY, SERVICE OR PRODUCT!

Content copyright 2014. microclean.net. All rights reserved.





- microclean
- microclean max
- micropad
- microgrip
- micromousepad
- e-stylus
- e-stylus microclean
- e-wallet
- r-guard
- microstand
- microstand desk
- microcloth
- non-slip dash pad
- iphone skin
- custom card & packaging
- shipping & production
- template file downloads

A NEW & REVOLUTIONARY PRODUCT TO PROMOTE YOUR BUSINESS, COMPANY, SERVICE OR PRODUCT!

**US PATENT PENDING**

# MicroMousePad
Portable Screen Cleaner, Mouse Pad, & Keyboard Cover for Laptop and Desktop Computers!


NEW PRODUCT!

3 Functions in 1 Product!



Special Silicone Dots Provide Grip

Thin Ultra-Fine MicroFiber Cloth that cleans your device screen in one swipe!
The silicone gel dots on the bottom provide grip for use as a mousepad & keyboard cover!

**Portable and easy to carry with your laptop or carrying case!**

Screen Cleaner and Mousepad     Keyboard Cover and Mousepad

 

Provides grip for hands when cleaning screens and surfaces!

### MicroMousePad #430 Pricing Per Unit

|  | 300 | 500 | 1,000 | 2,500 | 5,000 |
|---|---|---|---|---|---|
| A (7.8" x 5.8") | $2.20 | $2.10 | $2.00 | $1.90 | $1.80 |
| B (6" x 5") | $1.90 | $1.80 | $1.70 | $1.60 | $1.50 (5C) |

Setup Charge: $35 (v) per color (does not include background spot color)
$100 (v) for 3 or more spot colors (not including background) and 4 color processing (4cp)
Background Color: choose any spot background color for FREE!
***NO RUN CHARGES for extra colors!**

Standard Production Time = approximately 9-12 business days after proof approval

Trust the Genuine Original direct manufacturer with 5 STAR and A+ ratings on ASI & SAGE/PPAI!

Content copyright 2014. microclean.net. All rights reserved.