# EXHIBIT I

SAGE Online - [Product : 400-R3 MicroGrip- Portable Microfiber Screen Cle  Sage-Search-DigiClean-MicroGrip-400-R3-Additional-Tab-2014-04-24.jpg - 2014-04-24 17:29

File  Edit  Communications  Services  Tools  Reports  Help

Back   View: Detail   Tagged   All

Home    digiclean

**400-R3 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip**                                                  ☐ Tag this product

Pro_d_uct  | _A_dditional | Sp_e_cials | _S_upplier | Supplier_C_ontacts | _G_eneral Info | _A_rtwork | Catalog _I_ndex | Sa_l_es Tools | M_y_ Product Info | My Supplier I_n_fo

**Decoration Information**

Imprint Area (WxH): 2.0" x 1.3"     Decoration Method: Full-color digital     Sm@rt Code(s):

**Options & Additional Charges**

Options: Setup Charge:  Any Spot Background Color is FREE!, 1 Spot Color (+35.00), 2 Spot Colors (+70.00), 3 Spot Colors (+100.00), 4 Spot Colors/ Full Color (4cp) (+100.00)
(VVVV)

Setup: 35.00 (V)    Screen Charge:     Die Charge:     Addt'l Color Setup:
Repeat Setup:       Plate Charge:      Tooling Charge:
Quantity:
Addt'l Color Run Charge:

**Production**

Packaging: Stock or Custom Printed Card with Celophane Bag!    Units/Ctn: 0    Weight/Ctn: 0 lbs.
Prod Time: 10 to 10 working days   Rush Prod Time: to working days   Shipping Point: 92618   Shipping Estimator

**Other**

Keywords: Cell phone, grip, non-slip, #400, Adhesive, MicroGrip, Microfiber, Smart Phones, Portable, Screen Cleaner, DigiClean, Microbuff, cell phone accessories, computers, cleaner, egrip, sticker

Product Compliance:

Made in:    Environmentally Friendly: N/A    Recyclable: No    Show End Users: Yes

DiGi-Mates  The mini billboard that does a big job   VISPAK   SAGE 66378

<< Supplier   < Product   Product >   Supplier >>

Save to Project | Add to Presentation | Add to Order Form | Add to Email Campaign | Hide Confidential | Send Update | Similar Products

SAGE Online - [Product : 400-R3 MicroGrip- Portable Microfiber Screen Cleane  Sage-Search-DigiClean-MicroGrip-400-R3-Supplier-Tab-2014-04-24.jpg - 2014-04-24 17:30

File  Edit  Communications  Services  Tools  Reports  Help

Back   View: Detail   Tagged   All

Home   digiclean

**400-R3 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip**   ☐ Tag this product

Product  Additional  Specials  **Supplier**  Supplier Contacts  General Info  Artwork  Catalog Index  Sales Tools  My Product Info  My Supplier Info

**Name and Lines**
- Supplier: Ideamax
- Lines: Microclean

**Addresses**
- Mail Address: 16 Technology Drive #127
  Irvine, CA  92618
- Ship Address:
- » Map

**Contact Information**
- Email: eugene@microclean.net
- Web: www.microclean.net    ☑ End user safe
- Reg. Tel: 949.754.0960    Toll-Free Tel:
- Reg. Fax: 949.754.0961    Toll-Free Fax:

**Other Information**
- Avg. Sales/Yr: Not reported    Rush Service: Selected Items
- Credit Cards: MC, Visa
- Sales Policy: Open
- Note:

**Identifiers**
- SAGE #: 63560    UPIC: IDEA0023
- PPAI #: 196773    PPPC #:
- Pers. ID:

**Catalog and Company Information**
- Cat Year: 2014    Established: 1997    Ownership: Minority-Owned
- Exp Date: 12/31/14    Employees: 5
- Currency: USD    Union Shop: No    Biz Hours: 9:00 - 5:00 Pacific

**Upcoming Tradeshows**

| Walk ... | Show Name | Start Date | Booth # |
|---|---|---|---|
| ☐ | EXPO East | 5/19/2014 | 725 |
| ☐ | ASI Chicago | 7/15/2014 | 434 |

**Supplier Ratings**
A+   » View Chart   » RATE THIS SUPPLIER

- Cust Serv: A+ 10    Decoration Quality: A+ 10
- Delivery: A+ 10    Problem Resolution: A+ 7
- Product Quality: A+ 10    Total Reports: 10

DiGi-Mates - The mini billboard that does a big job   VISPAK

<< Supplier   < Product   Product >   Supplier >>

Save to Project  |  Add to Presentation  |  Add to Order Form  |  Add to Email Campaign  |  Hide Confidential  |  Send Update  |  Similar Products









SAGE Online - [Product : 400-R3 MicroGrip- Portable Microfiber Screen Cleane Sage-Search-DigiClean-MicroGrip-400-R3-Product-Tab-2014-04-24.jpg - 2014-04-24 17:30

File Edit Communications Services Tools Reports Help

Back | View: Detail | Tagged | All

Home | digiclean

**400-R3 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip**

Tag this product

Product | Additional | Specials | Supplier | Supplier Contacts | General Info | Artwork | Catalog Index | Sales Tools | My Product Info | My Supplier Info

Product: **MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Gr**

Product # 2 of 82

Item #: 400-R3

SPC: HRYPF-JKZJW

Favorite Product

Supplier: Ideamax

Line: Microclean

SAGE # 63560

Email: eugene@microclean.net

Tel: 949.754.0960

Rating: A+ (10 reports)

Category: Phone Accessories, Grips

Cat. Year: 2014

Expires: 12/31/14

Cat. Page: 4,10

Description: AWARD WINNING MicroGrip is a microfiber adhesive screen cleaner sticker and non-slip device grip. Removes dirt and fingerprints from screens instantly. Sticks anywhere on device and case for easy use. US Patented Magstic Gel adhesive is washable & is effective 1000's of times. With the microfiber side facing down, remove the dirt from your cell phone or device screen instantly. Stick on device back to use

Popular | NEW

View Catalog Page

Ratings (1)

My Rating | Average

Colors: Assorted

Themes: Business, Cleaning, Computer, Decoration, Phone

| Quantity: | 500 | 1000 | 2500 | 5000 | | | |
|---|---|---|---|---|---|---|---|
| Price ($): | **1.80** | **1.70** | **1.60** | **1.50** | | | CCCC |
| Net Cost: | 1.08 | 1.02 | 0.96 | 0.90 | | | |
| Profit: | 0.72 | 0.68 | 0.64 | 0.60 | | | |

Price Includes: 4 color process

Comments: The most ADHESIVE and DURABLE adhesive screen cleaner & device grip on the market! Order samples to se

SAGE im Email Now

Verified BY SUPPLIER

<< Supplier | < Product | Product > | Supplier >>

Save to Project | Add to Presentation | Add to Order Form | Add to Email Campaign | Hide Confidential | Send Update | Similar Products

SAGE Online - [Product Match List]
Sage-Search-Results-DigiClean-2014-04-24.jpg - 2014-04-24 17:33
File Edit Communications Services Tools Reports Help
Back
View: List
Tagged All
Home
digiclean
Products: 82
Sort: -- Select Sort --
Tagged: 0 Tag All Clear Tags
1 67855 egrip
DIGICLEAN-XTRA-S DigiClean Xtra S Series - Small Screen Cleaner & Custom Card - 3 Shapes
New DigiClean Xtra adheres to all phones and many cases, including textured and soft-touch surfaces, so it's always handy and visible! Microfiber Screen Cleaner stickers remove makeup and
500 @ $1.30 (R)
2 63560 Micro
400-R3 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip
AWARD WINNING MicroGrip is a microfiber adhesive screen cleaner sticker and non-slip device grip. Removes dirt and fingerprints from screens instantly. Sticks anywhere on device and case for easy
500 @ $1.80 (C)
3 63560 Micro
400-R4 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip
AWARD WINNING MicroGrip is a microfiber adhesive screen cleaner sticker and non-slip device grip. Removes dirt and fingerprints from screens instantly. Sticks anywhere on device and case for easy
500 @ $1.95 (C)
4 63560 Micro
410-R4 MicroGrip- Portable Anti-Slip Phone & Device Grip Sticker
AWARD WINNING MicroGrip anti-slip portable adhesive phone & device grip. Perfect for using in cars, planes, boats, etc. Sticks anywhere on device and case for easy use. US Patented Magstic Gel
500 @ $1.95 (C)
5 63560 Micro
600-C1 MicroClean- Portable Sticky Microfiber Screen Cleaner (1.1" x 1.1") Circle
AWARD WINNING MicroClean is a microfiber adhesive screen cleaner sticker & removes dirt and fingerprints from screens. Self-adhere anywhere on device when not in use. US Patented Magstic Gel adhesive
300 @ $1.40 (C)
6 63560 Micro
600-C2 MicroClean- Portable Micro Fiber Screen Cleaner (1.3"x1.3") Circle
AWARD WINNING MicroClean is a microfiber adhesive screen cleaner sticker & removes dirt and fingerprints from screens. Self-adhere anywhere on device when not in use. US Patented Magstic Gel adhesive
300 @ $1.60 (C)
7 63560 Micro
600-C3 MicroClean- Portable Microfiber Screen Cleaner (1.5"X1.5") Circle
AWARD WINNING MicroClean is a microfiber adhesive screen cleaner sticker & removes dirt and fingerprints from screens. Self-adhere anywhere on device when not in use. US Patented Magstic Gel adhesive
300 @ $1.70 (C)
8 63560 Micro
600-C4 MicroClean- Portable Microfiber Screen Cleaner (1.8"X1.8") Circle
AWARD WINNING MicroClean is a microfiber adhesive screen cleaner sticker & removes dirt and fingerprints from screens. Self-adhere anywhere on device when not in use. US Patented Magstic Gel adhesive
300 @ $1.80 (C)
Backup Battery & Charger for Smartphone, Tablets(BB14)
SAGE 67518
PINGLINE
SAGE Artwork Service
SAGE ArtworkZone
» Actions
National Tradeshow
SAGESHOW
REGISTER >
» Actions
Try SAGE Mobile
TRY FREE TODAY!
» Actions
DiGi-Mates
MOBILE SCREEN CLEANER
The mini billboard that does a big job
VISPAK
SAGE 66378
Supplier List
Compare
Save to Project
Add to Presentation
Add to Order Form
Add to Email Campaign
Save Search
<<
>>

SAGE Online - [Home]
Sage-Search-egrips-2014-04-24.jpg - 2014-04-24 17:36
File Edit Communications Services Tools Reports Help
Back
Home
SAGEmember.com | SAGEworld.com | Training | Contact Us
SAGE ONLINE
Product Search
Supplier Search
Specials
Presentations
Virtual Samples
Project Center
Clients | CRM
Order Management
Email Campaigns
SAGEim
Publications
Tradeshows
egrips
Supplier QuickSearch
Alerts (Edit)
Valumark (69247) (SAGE 69247) Featured Product
GR5200 Expandable Trunk Organizer
For the Business Go-Getter. Expands and Folds with built in pockets-Click!!
Actions
Recent Presentations
Recent Product Searches
Recent Supplier Searches
Upcoming Tradeshows
SAGE Show (Fort Worth, Apr 23)
EXPO East (Atlantic City, May 19)
SAGE Showcase Dallas (Richardson, Jun 16)
SAGE Showcase Fort Worth (Fort Worth, Jun 17)
CAAMP End User Suite (Concord, Aug 27)
AlightPromos.com (SAGE 67465) Featured Product
10734-BL 5 Day Pre Programmed Blue Mini Fan w/ Blue LED
Actions
News (Edit)
PPAI Industry News:
How To Lose A Prospect's Attention In Five Seconds Or Less – A...
Presentation Skills Challenges, Part 2 – April 23, 2014
Prime Resources Corp. Acquires Points Of Light Product Line
Presentation Skills Challenges – April 22, 2014
Five Strategies For Improving Employee Engagement – April 21, 20...
Crisis: Are You Prepared? – April 18, 2014
PPB Newslink April 22: Industry Companies Celebrate Promotional P...
Industry Companies Celebrate Promotional Products Work! Week
The 2014 SAGE Show And Education Day Opens This Week In For...
Sweda To Represent BrandCharger In The U.S.
Most Popular Categories
Bags
Shirts
Pens
Mugs
Bottles
New Suppliers
Faribault Woolen Mill
My Pillow
Pelucida Glass Inc
TNC Promotional Marketing LLC
Sunrise Gifts Inc
Show All New Suppliers
DON'T MISS THE TREND...
HEADBANDS/HAIR TIES/WRISTBANDS
Logo Mats, LLC
Uniform Programs • Corporate Wear
Fishing • Texas Flag Products • Camo
we have it
Tiger Hill
HOSPITALITY
Binders
Menu Covers
Click Here
ALL BOOK COVERS
Most Popular Products
Fresh Ideas
Timely Ideas - Golf
Rotate
Cool Gear Salad to Go
Triple Panel Brass Metal F
Custom Stuffed Anim
Tablet Pocket Waist
Smart Smencils - Di
Modern Stadium Seat
18 Oz. Cool Gear Cereal
10 Oz. Vino2Go
Touchpoint Suspension C
18 Oz. Brew2Go
Copyright © 1992-2014 Quick Technologies Inc.

SAGE Online - [Product Match List]
Sage-Search-egrips-results-2014-04-24.jpg - 2014-04-24 17:39
File Edit Communications Services Tools Reports Help
Back
View: Large Tile
Tagged
All
Home
egrips
Products: 12
Sort: -- Select Sort --
Tagged: 0 Tag All Clear Tags
400-R3 MicroGrip- Portable Microfiber Screen
500 @ $1.80(C)
400-R4 MicroGrip- Portable Microfiber Screen
500 @ $1.95(C)
410-R4 MicroGrip- Portable Anti-Slip Phone &
500 @ $1.95(C)
PHONE-GRIP-EEC Egrips Economy Circle Anti-Slip Phone
500 @ $2.25(R)
PHONE-GRIP-EEQ Egrips Economy Square Anti-Slip Phone
500 @ $2.25(R)
PHONE-GRIP-EER Egrips Economy Rectangle Anti-Slip
500 @ $1.75(R)
PHONE-GRIP-EXC Egrips Xtreme Circle Anti-Slip Phone
500 @ $3.95(R)
PHONE-GRIP-EXQ Egrips Xtreme Square Anti-Slip Phone
500 @ $3.95(R)
PHONE-GRIP-EXR Egrips Xtreme Rectangle Anti-Slip Phone
500 @ $3.50(R)
MEBCS7 Dr Pepper Select Briefcase w/ Black Trim
1 @ $69.99(R)
National Tradeshow
SAGESHOW
REGISTER >
SAGE Artwork Service
SAGE ArtworkZone
Try SAGE Mobile
TRY FREE TODAY!
OTTO
SAGE 65212
YOUR NUMBER ONE SOURCE FOR PREMIUM HEADWEAR AND APPAREL
ALSO OFFERING CUSTOMIZATION PROGRAMS
www.ottocap.com
Supplier List
Compare
Save to Project
Add to Presentation
Add to Order Form
Add to Email Campaign
Save Search
<<
>>

SAGE Online - [Product : 400-R3 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip]    Sage-Search-egrips-MicroGrip-400-R3-2014-04-24.jpg - 2014-04-24 17:40

File  Edit  Communications  Services  Tools  Reports  Help

Back    View: Detail    Tagged  All

Home    egrips

**400-R3 MicroGrip- Portable Microfiber Screen Cleaner & Non-Slip Device Grip**    ☐ Tag this product

Product | Additional | Specials | Supplier | Supplier Contacts | General Info | Artwork | Catalog Index | Sales Tools | My Product Info | My Supplier Info

### Decoration Information

- Imprint Area (WxH): 2.0" x 1.3"
- Decoration Method: Full-color digital
- Sm@rt Code(s):

### Options & Additional Charges

Options: Setup Charge: Any Spot Background Color is FREE!, 1 Spot Color (+35.00), 2 Spot Colors (+70.00), 3 Spot Colors (+100.00), 4 Spot Colors/ Full Color (4cp) (+100.00) (VVVV)

- Setup: 35.00 (V)
- Screen Charge:
- Die Charge:
- Addt'l Color Setup:
- Repeat Setup:
- Plate Charge:
- Tooling Charge:
- Quantity:
- Addt'l Color Run Charge:

### Production

- Packaging: Stock or Custom Printed Card with Celophane Bag!
- Units/Ctn: 0
- Weight/Ctn: 0 lbs.
- Prod Time: 10 to 10 working days
- Rush Prod Time: to working days
- Shipping Point: 92618    Shipping Estimator

### Other

- Keywords: Cell phone, grip, non-slip, #400, Adhesive, MicroGrip, Microfiber, Smart Phones, Portable, Screen Cleaner, DigiClean, Microbuff, cell phone accessories, computers, cleaner, egrip, sticker
- Product Compliance:
- Made in:
- Environmentally Friendly: N/A
- Recyclable: No
- Show End Users: Yes

AD-A-DAY, your source for full-color individually-personalized planners • calendars • journals

<< Supplier    < Product    Product >    Supplier >>

Save to Project | Add to Presentation | Add to Order Form | Add to Email Campaign | Hide Confidential | Send Update | Similar Products