IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FLEXIBLE INNOVATIONS LTD., a Texas Limited Partnership, § § § | | |
| Plaintiff, § § | Civil Case No. _____ | |
| v. § § | | |
| IDEAMAX, a California General Partnership, EUGENE LEE, and AEKYUNG LEE, § § § § | | |
| Defendants. § § | **JURY TRIAL DEMANDED** | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, FLEXIBLE INNOVATIONS LTD., Plaintiff in this action and file this their Certificate of Interested Persons in compliance with LR 3.1(c) of the Civil Local Rules of the United States District Court, Northern District of Texas, and would show the Court as follows:

### Plaintiff

1. Plaintiff Flexible Innovations Ltd. ("FI") is a Texas Limited Partnership organized and existing under the laws of the State of Texas, and having its principal place of business in Fort Worth, Texas. Plaintiff FI is represented by Richard L. Schwartz and Thomas F. Harkins of the firm of WHITAKER CHALK SWINDLE & SCHWARTZ PLLC, 301 Commerce Street, Suite 3500, Fort Worth, Texas 76102.

**Defendants**

2. Defendant IdeaMax is a General Partnership organized and existing under the laws of the State of California, and having its principal place of business in Irvine, California. Defendant IdeaMax is represented by unknown trial counsel.

3. Defendant Eugene Lee is an individual residing in Irvine, California. Defendant Eugene Lee is represented by unknown trial counsel.

4. Defendant Aekyung Lee is an individual residing in Irvine, California. Defendant Aekyung Lee is represented by unknown trial counsel.

5. Plaintiff is currently unaware of any other entity or person which or who is financially interested in the outcome of this case or has a parent corporation or has a public corporation that owns 10% or more of its stock, in accordance with LR 3.1(c) of the Civil Local Rules of the United States District Court, Northern District of Texas.

Dated: May 8, 2014.                Respectfully submitted,

   /s/ Richard L. Schwartz
Richard L. Schwartz
Texas Bar No. 17869500
rschwartz@whitakerchalk.com
Lead Counsel in Charge

Thomas F. Harkins, Jr.
Texas Bar No. 09000990
tharkins@whitakerchalk.com

**WHITAKER CHALK SWINDLE
  & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax: (817) 878-0501

**ATTORNEYS FOR PLAINTIFF
FLEXIBLE INNOVATIONS LTD.**